DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SVENGALI BROWNLEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-744

[September 17, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 10-07366-CF-10A, 10-16824-CF-10A and 16-01105-CF-10A.

Svengali Brownlee, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***